UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERMAINE EVANS**                                                                                          **PLAINTIFF**

V.                               **No. 4:23-CV-00432-JM**

**KNUCKLES, Detention Officer,**
**Pope County Detention Center,** *et al*.                                            **DEFENDANTS**

## ORDER

Evans has not complied with the May 16, 2023 Order directing him to pay the $402 filing fee in full or file a complete application to proceed *in forma pauperis*. *Doc. 3*. The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41 (b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 28th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE