**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JERMAINE EVANS**                                                                  **PLAINTIFF**

**V.**                                    **No. 4:23-CV-00432-JM**

**KNUCKLES, Detention Officer,**
**Pope County Detention Center, *et al*.**                                **DEFENDANTS**

### JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED his 28th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE